**No. 09-810. Grand River Enterprises Six Nations, Ltd., Petitioner v. Dustin McDaniel, Attorney General of Arkansas.**

559 U.S. 1068, 130 S. Ct. 2095, 176 L. Ed. 2d 723, 2010 U.S. LEXIS 3339.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 574 F.3d 929.